IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

B17070073

IN RE: ] CASE NO. 17-81529
]
Jonathan Gomes; ] CHAPTER 13
]
Debtor(s). ] JUDGE Thomas M. Lynch

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY

On the motion of Lakeview Loan Servicing, LLC, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of Lakeview Loan Servicing, LLC, its successors and/or assignees in the real property, commonly known as 7414 Pingree Rd., Crystal Lake, Illinois, 60014, shall continue in effect under the following conditions:

1. The debtor(s) shall make the following stipulation payments timely and directly to Lakeview Loan Servicing, LLC. These payments include the 7/1/17 to 4/1/18 post-petition payments at $1,179.63 each, less funds tendered to movant in the sum of $5,679.63, plus attorney fees and costs in the amount of $1,031.00, for a total post-petition default amount of $7,147.67. If any of the following payments are not received by its due date or are returned NSF, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default:

   a) $1,191.28 plus the 5/1/18 regular payment due on or before the end of the month.
   b) $1,191.28 plus the 6/1/18 regular payment due on or before the end of the month.
   c) $1,191.28 plus the 7/1/18 regular payment due on or before the end of the month.
   d) $1,191.28 plus the 8/1/18 regular payment due on or before the end of the month.
   e) $1,191.28 plus the 9/1/18 regular payment due on or before the end of the month.
   f) $1,191.27 plus the 10/1/18 regular payment due on or before the end of the month.

2. The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreements.

3. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraph 1 & 2, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 7414 Pingree Rd., Crystal Lake, Illinois, 60014. Movant shall file a Notice of Termination with the Court in the event the stay is terminated pursuant to this paragraph.

4. In the event of a default, the Debtor(s) shall tender the required funds along with a $100.00 service fee, payable to Lakeview Loan Servicing, LLC, to the offices of Anselmo Lindberg & Associates LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $100.00 service fee will be collectible against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

DATED: **MAY 31 2018**

ENTER:

_____
Bankruptcy Judge

/s/ Nisha B. Parikh
Attorney for Creditor

_____
Attorney for Debtor(s)
*signing solely for the purposes as attorney of record for the Debtor

_____
Debtor(s)

/s/ Fiona Whelan
Attorney for Trustee

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
Attorney No. Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Bankruptcy@AnselmoLindberg.com

**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**